PROB 12B
(7/93)

Report Date: September 10, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 1 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William George Young            Case Number: 2:03CR02104-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior District Court Judge

Date of Original Sentence: 07/08/2004             Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Date Supervision Commenced: 09/05/2008

Original Sentence: Prison - 70 months; TSR - 36 months

Date Supervision Expires: 09/04/2011

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16   You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

On September 5, 2008, Mr. Young was released from BOP custody and began his term of supervised release. On September 8, 2008, he reported to the probation office and met with the undersigned to review and discuss his conditions of supervision. A urinalysis sample was collected and tested presumptively positive for methamphetamine. After some hesitation, Mr. Young admitted to consuming methamphetamine on or about September 6, 2008.

The purpose of the above requested modification is to provide intermediate sanctions for Mr. Young's violation behavior, as well as to more closely monitor any future violation behavior. Mr. Young has agreed to the above modification and voluntarily signed the attached waiver after being advised he had the right to advice of counsel and a hearing before Your Honor.

Prob 12B
Re: Young, William George
September 10, 2008
Page 2

It is hoped the above modifications meet the expectations of the Court and Mr. Young does seem amenable to continued supervision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/10/08

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

9/11/08

Date