PROB 12B
(7/93)

Report Date: January 26, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 27 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William George Young             Case Number: 2:03CR02104-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Court

Date of Original Sentence: 7/8/2004                 Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by         Date Supervision Commenced: 9/5/2008
Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 70 Months; TSR - 36      Date Supervision Expires: 9/4/2011
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

19    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

### CAUSE

Mr. Young began his term of supervised release in September 2008. Upon release, he relapsed on controlled substances, methamphetamine, and Mr. Young was sanctioned to drug testing and substance abuse treatment.

Beginning on or about November 2009, Mr. Young began to struggle with his attendance at substance abuse treatment. His reporting requirements and home contacts were increased, however, Mr. Young has continued to struggle and is currently non-complaint with treatment. In addition, he has failed to report for drug testing on 3 separate occasions.

To his credit, Mr. Young has maintained full-time employment and a residence in the community. The offender has disclosed to the undersigned officer that he has no social support systems in the community and "feels alone" as of recently. Mr. Young was residing with his girlfriend, however, they have recently broken up and he now has no stable residence.

Prob 12B
Re: **Young, William George**
**January 26, 2010**
**Page 2**

Although, the above mentioned violations are of concern to the undersigned and may warrant an appearance before Your Honor. Mr. Young has been forthcoming with his issues related to non-compliance and is taking proactive measures to address them. The above modifications are respectfully requested to address the current violations, and to also assist Mr. Young with housing and counseling issues he has brought to the attention of the undersigned.

Mr. Young has agreed to the modifications and has voluntarily signed the attached waiver after being advised of his right to assistance of counsel and a hearing before Your Honor. It is hoped the requested modifications meet the expectations of the Court. However, should Your Honor have any questions or need additional information please contact the undersigned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/26/2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Jan 27 2010
Date