PROB 12C
(7/93)

Report Date: September 20, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 20 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William George Young          Case Number: 2:03CR02104-001

**Current** Address of Offender: Spokane County Jail, Spokane, WA

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 07/08/2004

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 70 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James P. Hagarty | Date Supervision Commenced: 09/05/2008 |
| Defense Attorney: | Edwin F. Alden | Date Supervision Expires: 09/04/2011 |

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 16, 2010.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: William George Young is considered in violation of his supervised release in the Eastern District of Washington by being convicted of Riot (Deadly Weapon Penalty), and Fourth Degree Assault (2 counts), in Spokane County Superior Court on September 7, 2010. |
| | According to Spokane Police Department incident report number 10-088458, on March 19, 2010, at approximately 2340, officers responded to a report of a fight with baseball bats. Witnesses identified the defendant as one of two individuals who drove to 1230 North Madison, Spokane, Washington, and exited the vehicle with baseball bats. One of the individuals, later identified as Mr. Young, approached one of the victims and struck him in the back with a baseball bat. Mr. Young then proceeded to the residence where he broke out the front windows. Some of the glass from the front windows fell on a juvenile victim who had been sleeping in the front room, cutting the victim's leg. |

Prob12C
Re: Young, William George
September 20, 2010
Page 2

On September 7, 2010, Mr. Young was sentenced to 6 months custody with credit for 167 days served for the charge of Felony Riot, as well as 365 days custody with credit for 167 days served for two counts of Fourth Degree Assault, a gross misdemeanor, under Spokane County Superior Court cause number 10-1-00802-1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/20/2010

s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

Sept 20 2010
Date