PROB 12B
(7/93)

Report Date: April 7, 2011

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 1 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William George Young        Case Number: 2:03CR02104-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

Date of Original Sentence: 7/8/2004            Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)    Date Supervision Commenced: 3/17/2011

Original Sentence: Prison - 70 Months; TSR - 36 Months    Date Supervision Expires: 9/16/2013

## PETITIONING THE COURT

To **remove** the below special condition of supervision:

14.   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Young released from Bureau of Prisons custody on March 17, 2011, to Yakima, Washington. Since that time he has established a residence which, was approved by U.S. Probation Officer Jose Vargas. He has requested placement in the STEP Court in Yakima, Washington, and USPO Vargas agrees that Mr. Young is an appropriate candidate for the program. It should be noted that Mr. Young admitted to using marijuana on March 23, 2011, and is currently in the process of obtaining treatment funding through the Department of Social and Health Services.

Based on the above information and the fact that Mr. Young is no longer in need of transitional services, It is respectfully recommended the above special condition be removed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 7, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

Case 2:03-cr-02104-WFN   Document 148   Filed 04/11/11

Prob 12B
**Re: Young, William George**
**April 7, 2011**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Removal of Special Condition as Noted Above
[ ] Other

_____
Signature of Judicial Officer

4/11/11
Date