PROB 12C
(7/93)

Report Date: December 6, 2012

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 06 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William George Young          Case Number: 2:03CR02104-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/8/2004

Original Offense:        Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 70 Months          Type of Supervision:  Supervised Release
                         TSR - 36 Months

Asst. U.S. Attorney:     Gregory M. Shogren          Date Supervision Commenced: 3/17/2011

Defense Attorney:        Alex B. Hernandez, III      Date Supervision Expires: 9/16/2013

---

### PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/13/2012.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: William George Young was arrested on August 10, 2012, for two counts of third degree assault on a police officer, possession of a stolen vehicle and possession of stolen property, Yakima County Superior Court case number 12-1-01258-5.

According to an incident report from the Yakima Police Department, on August 10, 2012, officers observed a vehicle which had been reported stolen, parked near a convenience store. They subsequently made contact with several individuals inside the convenient store and began to question them. During their investigation one of the suspect males, who was subsequently identified as the defendant, struck one of the officers and knocked him to the ground. The defendant then immediately got into a fighting stance and began to fight with another officer as the officer attempted to arrest him. Mr. Young was tased, but continued to resist. He was subsequently subdued by other officers and was taken into custody. After questioning, one of the suspects related the defendant had been driving the stolen vehicle and

had given him a ride. Both of the officers who were assaulted sustained minor injuries, which consisted of cuts, scrapes, and bruises. Mr. Young sustained bumps and bruises to his face and a cut on the bridge of his nose, which required medical attention.

On August 13, 2012, the defendant appeared in court and bail was set at $50,000. Trial on the matter commenced on December 3, 2012, and is expected to last a couple of days.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 6, 2012

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Other

Signature of Judicial Officer

Dec 6 2012

Date