PROB 12C
(7/93)

Report Date: June 13, 2012

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 5 2012

## Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of offender: William George Young

Case Number: 2:03CR02104-001

Address of Offender:

Yakima, WA 98902

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/8/2004

Original Offense: Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922 (g) (1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 70 Months<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Gregory Morris Shogren | Date Supervision Commenced: | 3/17/2011 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | 9/16/2013 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: William George Young was arrested on May 15, 2012, for possession of a stolen vehicle, Yakima County Superior Court case number 12-1-00739-5.

An incident report from the Yakima Police Department indicates that on May 15, 2012, officers responded to a call regarding a home invasion robbery in which the victims were tied up at gun point and their vehicles and other property was stolen. Later that morning officers received information that the stolen vehicles were parked behind the defendant's residence. As officers were setting up a perimeter, Mr. Young exited through the back door of the residence and was taken into custody. After obtaining consent from the homeowner, the residence was searched and two sets of keys, which the officers believed belonged to the stolen vehicles, were located on a desk next to the defendant's credit card.

On May 16, 2012, the defendant appeared in Yakima County Superior Court and bail was set at $5,000. On May 17, 2012, the defendant posted bail and was released from custody. His next hearing is scheduled for July 12, 2012.

It should be noted that contact with the arresting officer revealed that at the time of the defendant's arrest, a small amount of methamphetamine was located in his wallet. The officer advised that charges would be forthcoming, however, no charges have been filed to date.

2      **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: William George Young absconded from supervision on June 6, 2012.

On June 6, 2012, several attempts were made to contact the defendant at his listed residence but all were met with negative results. A message was left on his voice mail instructing him to report by June 7, 2012. Contact was also made with his girlfriend's mother and instructions were left for him to report the following day, but he failed to report.

On June 8, 2012, a home visit was conducted and contact was made with his girlfriend's mother who related the defendant had left the residence on June 5, 2012, and had not returned. She related she did not know of his current whereabouts. A message was left instructing the defendant to report by June 11, 2012, otherwise court action would be requested. On June 11, 2012, contact was once again made with his girlfriend's mother who related he had not returned to the home and his whereabouts were unknown.

3      **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: William George Young changed his residence on June 5, 2012, without notifying his supervising probation officer.

4      **Standard Condition #9**: The defendant shall not associate with any person engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: William George Young associated with a convicted felon and known gang member without the permission of his supervising probation officer.

On May 17, 2012, Mr. Young reported for an office visit and admitted to associating with a convicted felon and known gang member. It should be noted that the individual the defendant was associating with was arrested on May 19, 2012, and charged with the home invasion robbery as noted in violation number 1.

5      **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: William George Young failed to report to Merit Resource Services (Merit) for urinalysis testing on June 5, 7 and 11, 2012.

Prob12C
**Re: Young, William George**
**June 13, 2012**
**Page 3**

6   **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: William George Young failed to report to Merit for a scheduled group counseling session on June 11, 2012.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 13, 2012

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

6/15/12
Date